**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE JAVIER LOPEZ-DIAZ,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, FCI-MENDOTA,<br><br>Respondent. | No. 1:23-CV-1377-WBS-SKO<br><br><br><br>ORDER |

Petitioner, a prisoner proceeding pro se, brings this habeas corpus action pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On January 8, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed January 8, 2024, ECF No. 10, are adopted in full.

2. Respondent's motion to dismiss, ECF No. 7, is granted.

3. This action is DISMISSED for failure to exhaust administrative remedies.

4. The Clerk of the Court is directed to enter judgment and close this file.

Dated: July 19, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE